# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

FREDERICK E. HOFER,

                Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-321-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

      The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Frederick E. Hofer's appeal is dismissed.

JOEL TURNER

---

Joel Turner, Acting Clerk

/s/ M. Hardin

---

by Deputy Clerk

_____11/18/08_____
Date